UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **RAFAEL A. LLOVERA LINARES,** ) | |
| ) | |
| Plaintiff , ) | |
| ) | |
| v. ) | Case No.: 4:14-cv-01364-RDP-SGC |
| ) | |
| **ETOWAH COUNTY JAIL,** *et al.***,** ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM OPINION

On March 17, 2015, the Magistrate Judge entered a Report recommending Plaintiff's federal claims be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). (Doc. 19). The Magistrate Judge further recommended any state law claims asserted by Plaintiff be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3). (*Id.*). Although Plaintiff was advised of his right to file specific written objections within fourteen days from the entry date of the Report and Recommendation, he has failed to do so.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion the Magistrate Judge's Report is due to be and is hereby **ADOPTED** and her recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915(e)(2)(B)(ii), Plaintiff's federal claims are due to be dismissed without prejudice. Additionally, any state law claims asserted by Plaintiff are due to be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3). A final judgment will be entered contemporaneously.

**DONE** and **ORDERED** this ___13th___ day of April, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE